| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | *Return Date:  July 1, 2021*<br>*Time:  9:30 a.m.* |

-----------------------------------------------------------X
In re:

                                                                             Chapter 13
                                                                             Case No.: 21-70731-736

MAURICE R. CHIN

                Debtor(s)                                  **NOTICE OF MOTION**
-----------------------------------------------------------X
SIRS / MADAMS

      **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 1st day of JULY, 2021 at 9:30 a.m., at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

| | |
|---|---|
| Dated:  Islandia, New York<br>           June 14, 2021 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, New York 11749<br>(631) 549-7900 |

*To:*    *Office of the United States Trustee*
        *MAURICE R. CHIN, Debtor(s)*
        *RICHARD A. JACOBY, ESQ. Attorney for Debtor(s)*
        *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    **tmm1634**
In re:

                                                                                  Chapter 13
                                                                                  Case No.: 21-70731-736

MAURICE R. CHIN

                        Debtor(s)                                          **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

        MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

        1. The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on April 19, 2021, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

        2. As of the date of this motion, the debtor(s) has failed to provide the Trustee with individual Operating Reports; proof post-petition mortgage payments have been made; and amended Schedules I and J to correct social security income.

        3. This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

        **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
        June 14, 2021

                                                        *Michael J. Macco*
                                                        Michael J. Macco, Chapter 13 Trustee
                                                        2950 Express Drive, Suite 109
                                                        Islandia, NY   11749
                                                        (631) 549-7900

STATE OF NEW YORK         )
COUNTY OF SUFFOLK        )         ss.:

    STEPHANIE TURNER, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

    On June 14, 2021, deponent served the within:

### NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Maurice R. Chin*
*108 Vanderbilt Ave*
*West Babylon, NY 11704*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
*USTPRegion02.LI.ECF@usdoj.gov*

*Richard A. Jacoby, Esq.*
*Jacoby & Jacoby*
*jacobylaw@yahoo.com*
*Attorney for Debtor(s)*

*Select Portfolio Servicing, Inc.*
*LOGS Legal Group LLP*
*logsecf@logs.com*

                                                   ***/s/ Stephanie Turner***
                                                   STEPHANIE TURNER

Sworn to before me this
14th day of JUNE, 2021

***/s/ Loni Bragin***
NOTARY PUBLIC
Loni Bragin
Notary Public, State of New York
No. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2023